# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD ANDERSON

NO. 2022 KW 0181

**MARCH 28, 2022**

---

In Re:     Richard Anderson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-10-0824.

---

**BEFORE:     McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED AS MOOT.**   The record of the Clerk of Court of
East Baton Rouge Parish reflects the district court denied
relator's Motion for Reconsideration of Sentence on October 17,
2016.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT